# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION AT DAYTON

**ALICE MADDOX**

           **Plaintiff,**

-vs-                                   **Case No. 3:13-CV-207**

**BOARD OF COMMISSIONERS
OF GREENE COUNTY, OHIO ET AL.**

           **Defendants.**

---

## ORDER

---

      The Honorable Thomas M. Rose, of the United States District Court for the Southern District of Ohio, Western Division, Dayton, hereby recuses himself from this matter.

      The above captioned matter is hereby TRANSFERRED from the docket of the Honorable Thomas M. Rose, to the Clerk of the United States District Court for the Southern District of Ohio at Dayton, for random reassignment.

      **DONE** and **ORDERED** in Dayton, Ohio, this 2nd day of July, 2013.

 

                                        THOMAS M. ROSE
                                  UNITED STATES DISTRICT JUDGE